# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Criminal No. 98-336 (3) (RHK/RLE) |
| Plaintiff, | **ORDER TO REPLACE IDENTITY OF RESTITUTION PAYEE** |
| v. | |
| Samuel M. Podany, | |
| Defendant. | |

---

Delwyn Stromer, a victim of mail fraud, is a recipient of restitution ordered in the above captioned case. Delwyn Stromer died on September 7, 2003. Harriet Stromer, the victim's trustee of the Delwyn Stromer and Harriet Stromer Joint Revocable Living Trust, has petitioned the Court to replace Delwyn Stromer as restitution payee and submitted evidence that she is the victim's sole heir.

IT IS THEREBY ORDERED that counsel for the plaintiff and defendants identified above, may object to Harriet Stromer's request by filing an objection in writing no later than June 15, 2010.

IT IS FURTHER ORDERED that absent any objections filed from counsel, the Clerk of Court direct all future restitution payments received for victim Delwyn Stromer to Harriet Stromer.

Dated: May 27, 2010

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge